# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 1:08CR221** |
| ) | |
| **PLAINTIFF,** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **V.** ) | |
| ) | |
| **CARLA B. RUCKER,** ) | **ORDER** |
| ) | |
| **DEFENDANT.** ) | |

  This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Carla Rucker's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 64).

  On May 13, 2008, Defendant was indicted by a United States Grand Jury. (Dkt. #1). On February 20, 2009, upon consent of the parties, this Court issued an order assigning this case to the Magistrate Judge for the purpose of receiving Defendant's guilty plea. (Dkt. # 61, 65).

  On February 20, 2009, a hearing was held in which Defendant entered a plea of guilty to Counts One through Six of the Superseding Indictment, charging two counts of theft of public money in violation of 18 U.S.C. § 641 and four counts of making false statements in violation of 18 U.S.C. § 1001. The Magistrate Judge received

Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 64).

Neither party objected to Magistrate Judge Limbert's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea.  The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea.  The Court finds that the plea was entered knowingly, intelligently, and voluntarily.  The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts One through Six in violation of 18 U.S.C. § 641 and 18 U.S.C. § 1001.  The sentencing will be held on May 29, 2009, at 9:30 a.m.

**IT IS SO ORDERED**.

>  **/s/ Peter C. Economus - May 29, 2009**
>  **PETER C. ECONOMUS**
>  **UNITED STATES DISTRICT JUDGE**